IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CAROL JACOBS,
    Plaintiff

vs.                                      CV204-037

FRIENDLY EXPRESS, INC.,
    Defendant

## STIPULATED JUDGMENT OF DISMISSAL

Upon consideration of the Stipulation for Entry of Judgment submitted by all parties to this action, and in view of the parties' fair and reasonable settlement and resolution of all issues herein with the advice and assistance of counsel, it is hereby

ORDERED that this action be dismissed with prejudice.

SO ORDERED this __13__ day of __June__, 2005.

_____
UNITED STATES DISTRICT JUDGE